| | |
|---|---|
| Kevin D. McCullough<br>State Bar No. 00788005<br>Kathryn G. Reid<br>State Bar No. 24068126<br>Shannon S. Thomas<br>State Bar No. 24088442<br>325 N. St. Paul Street, Suite 4500<br>Dallas, Texas 75201<br>Telephone: (214) 953-0182<br>Facsimile: (214) 953-0185<br>kdm@romclaw.com<br>kreid@romclaw.com<br>sthomas@romclaw.com<br><br>LOCAL SPECIAL LITIGATION COUNSEL FOR<br>SHAWN K. BROWN, CHAPTER 7 TRUSTEE | Chad P. Pugatch<br>RICE PUGATCH ROBINSON<br>STORFER & COHEN, PLLC<br>101 NE 3rd Avenue, Suite 1800<br>Fort Lauderdale, FL 33301<br>954-462-8000<br>cpugatch@rprslaw.com<br>Florida Bar No.: 220582<br><br>LEAD SPECIAL LITIGATION COUNSEL FOR<br>SHAWN K. BROWN, CHAPTER 7 TRUSTEE |

**THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re<br><br>PFO GLOBAL, INC., *et al*.<br><br>    Debtors. | Case No. 17-30355<br><br>Chapter 7<br><br>(Joint Administration) |
| SHAWN K. BROWN, Chapter 7 Trustee, for the estate of PFO Global, Inc., *et al*.<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES POSTERNACK; EDWARD GREENE; E. DEAN BUTLER; JOSEPH B. SCHIMMEL; MATTHEW G. CEVASCO; RUDOLF SUTER; MAHESH SHETTY; TIMOTHY KINNEAR; and BRIGITTE ROUSSEAU,<br><br>    Defendants. | Adversary No. 19-03012-hdh |

**CASE STATUS REPORT**

**TO THE HONORABLE HARLIN D. HALE**
**UNITED STATES BANKRUPTCY JUDGE:**

Shawn K. Brown, Chapter 7 Trustee (the "Trustee") for the estate of PFO Global, Inc., *et. al.*, Case No. 17-303555-hdh7 (the "Bankruptcy Case") and Plaintiff in the above-styled adversary proceeding (the "Adversary"), hereby submits this Case Status Report in response to the Clerk's Correspondence dated January 27, 2020 [Dkt. No. 58], and in support thereof respectfully states as follows:

Plaintiff is awaiting a responsive pleading to the *Amended Adversary Complaint for Damages and Other Relief* [Dkt. No. 57] (the "Amended Complaint"). The parties have agreed to an extension of the Defendants responsive deadline to February 10, 2020. Plaintiff will confer with the Defendants on an agreed scheduling order following that filing.

Dated: January 28, 2020.

    Respectfully Submitted,

    **ROCHELLE MCCULLOUGH, LLP**
    *Local Special Litigation Counsel for*
    *Shawn K. Brown, Chapter 7 Trustee*
    325 N. St. Paul Street, Suite 4500
    Dallas, Texas 75201
    Telephone (214) 953-0182
    Facsimile: (214) 953-0185

    */s/ Kathryn G. Reid*
    Kevin D. McCullough
    State Bar No. 00788005
    Kathryn G. Reid
    State Bar No. 24068126
    Shannon S. Thomas
    State Bar No. 24088442
    kdm@romclaw.com
    kreid@romclaw.com
    sthomas@romclaw.com

    and

**RICE PUGATCH ROBINSON STORFER & COHEN, PLLC**
*Lead Special Counsel for*
*Shawn K. Brown, Chapter 7 Trustee*
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: /s/ Chad P. Pugatch
    CHAD P. PUGATCH *(pro hac vice)*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served electronically via ECF on all counsel of record on January 28, 2020.

/s/ Kathryn G. Reid
Kathryn G. Reid.