Kevin D. McCullough
State Bar No. 00788005
Kathryn G. Reid
State Bar No. 24068126
Shannon S. Thomas
State Bar No. 24088442
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201
Telephone: (214) 953-0182
Facsimile: (214) 953-0185
kdm@romclaw.com
kreid@romclaw.com
sthomas@romclaw.com

LOCAL SPECIAL LITIGATION COUNSEL FOR
SHAWN K. BROWN, CHAPTER 7 TRUSTEE

Chad P. Pugatch
RICE PUGATCH ROBINSON
STORFER & COHEN, PLLC
101 NE 3rd Avenue, Suite 1800
Fort Lauderdale, FL 33301
954-462-8000
cpugatch@rprslaw.com
Florida Bar No.: 220582

LEAD SPECIAL LITIGATION COUNSEL FOR
SHAWN K. BROWN, CHAPTER 7 TRUSTEE

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re | Case No. 17-30355 |
| PFO GLOBAL, INC., *et al*. | Chapter 7 |
| Debtors. | (Joint Administration) |
| SHAWN K. BROWN, Chapter 7 Trustee, for the estate of PFO Global, Inc., *et al*. | |
| Plaintiff, | Adversary No. 19-03012-hdh |
| v. | |
| CHARLES POSTERNACK; EDWARD GREENE; E. DEAN BUTLER; JOSEPH B. SCHIMMEL; MATTHEW G. CEVASCO; RUDOLF SUTER; MAHESH SHETTY; TIMOTHY KINNEAR; and BRIGITTE ROUSSEAU, | |
| Defendants. | |

## CASE STATUS REPORT

**TO THE HONORABLE HARLIN D. HALE**
**UNITED STATES BANKRUPTCY JUDGE:**

Shawn K. Brown, Chapter 7 Trustee (the "Trustee") for the estate of PFO Global, Inc., *et. al.*, Case No. 17-303555-hdh7 (the "Bankruptcy Case") and Plaintiff in the above-styled adversary proceeding (the "Adversary"), hereby submits this Case Status Report in response to the Clerk's Correspondence dated June 23, 2020 [Dkt. No. 70], and in support thereof respectfully states as follows:

Plaintiff is preparing a case management scheduling order for comment by Defendants and further submission to the Court.  Discovery shall be underway shortly.

Dated:  July 1, 2020.

Respectfully Submitted,

**ROCHELLE MCCULLOUGH, LLP**
*Local Special Litigation Counsel for*
*Shawn K. Brown, Chapter 7 Trustee*
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201
Telephone (214) 953-0182
Facsimile: (214) 953-0185

*/s/ Kathryn G. Reid*
Kevin D. McCullough
State Bar No. 00788005
Kathryn G. Reid
State Bar No. 24068126
Shannon S. Thomas
State Bar No. 24088442
kdm@romclaw.com
kreid@romclaw.com
sthomas@romclaw.com

and

**RICE PUGATCH ROBINSON STORFER & COHEN, PLLC**
*Lead Special Counsel for*
*Shawn K. Brown, Chapter 7 Trustee*
101 N.E. Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: /s/ Chad P. Pugatch
       CHAD P. PUGATCH *(pro hac vice)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served electronically via ECF on all counsel of record on July 1, 2020.

*/s/ Kathryn G. Reid*
Kathryn G. Reid.